IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

NOV 17 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY naa, DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR 26-493 G** |
| | ) | |
| **SUNDAY KOLLY OMOPARIOLA, JR.,** | ) | **Violations: 18 U.S.C. § 922(g)(1)** |
| | ) | **18 U.S.C. § 924(d)** |
| **Defendant.** | ) | **28 U.S.C. § 2461(c)** |

## INDICTMENT

The Federal Grand Jury charges:

**COUNT 1**
**(Felon in Possession of a Firearm)**

On or about October 27, 2026, in the Western District of Oklahoma,

-------------------------- **SUNDAY KOLLY OMOPARIOLA, JR.,** --------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically: a Rock Island Armory, model 206, .38 SPL caliber revolver, bearing serial number RIA1571017, which was in and affecting interstate or foreign commerce in that said firearm had previously crossed state lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(8).

## FORFEITURE

The allegation contained in this Indictment is hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **SUNDAY KOLLY OMOPARIOLA, JR.,** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Rock Island Armory, model 206, .38 SPL caliber revolver, bearing serial number RIA1571017; and
2. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

NICOLE PALADINO
Assistant United States Attorney