**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-26-493-G** |
| | ) | |
| **SUNDAY KOLLY OMOPARIOLA, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The President of the United States to the United States Marshal for the Western District of Oklahoma or any other United States Marshal, or any other law enforcement officer, and the Warden or Superintendent:

GREETINGS: You are hereby commanded to proceed to the Oklahoma County Jail, Oklahoma City, Oklahoma, and there take and receive Sunday Kolly Omopariola, Jr., DOB XX/XX/1984, and keep the defendant in your custody and bring the defendant before the United States District Court for the Western District of Oklahoma, on December 7, 2026, at 3:00 p.m., and then return the defendant to the custody of the Oklahoma County Jail.

DATED this 18th day of November, 2026.

JOAN KANE
Clerk of the United States District Court for the Western District of Oklahoma

By ______________________
Deputy